CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　Plaintiff,<br>　v.<br><br>WILLIAM L. NEIMAN, in individual and representative capacity as Trustee of The Neiman Family Trust-1993, dated December 9, 1993; SEPTEMBER NEIMAN, in individual and representative capacity as Trustee of The Neiman Family Trust-1993, dated December 9, 1993; THE CARPET STORE INC., a California Corporation<br><br>　　　Defendants. | **Case:** 2:21-cv-01766-DMG-AGR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Raul Uriarte-Limon, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants William L. Neiman; September Neiman and The Carpet Store Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 29, 2021　　　　CENTER FOR DISABILITY ACCESS
　　　　　　　　　　　　　　By: <u>/s/ Amanda Seabock</u>
　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　Attorney for Plaintiff